JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH R. FORD, an individual, | Case No. 2:21-cv-04699 JFW (KESx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CIGNA CORP., a Delaware Corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation; and CIGNA GROUP INSURANCE; AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC), a Georgia Corporation, | Judge:   Hon. John F. Walter |
| | Complaint Filed:   April 13, 2021 |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:21-cv-04699 JFW (KESx), is dismissed in its entirety as to all defendants with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
Hon. John F. Walter
United States District Judge